**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     )<br>           **Plaintiff,**     )<br>                             )<br>        vs.     )<br>                             )<br>**STEVEN DETROY CRAWFORD,**     )<br>           **Defendant.**     ) | **8:04CR68**<br><br>**ORDER** |

Defendant Steven Detroy Crawford appeared before the court on Thursday, April 2, 2009 on a Petition for Warrant or Summons for Offender Under Supervision [57]. The defendant was represented by Assistance Federal Public Defender Karen M. Shanahan and the United States was represented by Assistant U.S. Attorney Michael D. Wellman. Through his counsel, the defendant waived his right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1). The government moved for detention. However, at this time the defendant is in state custody and not eligible for release.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **May 11, 2009 at 9:30 a.m.** Defendant must be present in person.

**IT IS ORDERED:**

2. The government's motion for detention of Steven Detroy Crawford, pursuant to the Bail Reform Act, is held in abeyance pending the defendant's coming into federal custody.

3. The defendant received notice of his return to the custody of Nebraska state authorities pending the disposition of this matter and having waived an opportunity for hearing in this matter pursuant to the Interstate Agreement on Detainers, 18 U.S.C. app § 9(2). The U.S. Marshal is authorized to return the defendant to the custody of Nebraska state authorities pending the final disposition of this matter and the U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of the defendant.

DATED this 3rd day of April, 2009.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge